# RESOLUTION OF THE BOARD OF DIRECTORS OF

# OLYMPIA SPORTS, INC.

The Directors of OLYMPIA SPORTS, INC. held a special meeting on February 25, 2022 and adopted the following resolution:

1.  RESOLVED, that the President of OLYMPIA SPORTS, INC. be and is hereby authorized to execute and file on behalf of OLYMPIA SPORTS, INC. a Petition for relief under Chapter 11, Subchapter V of Title 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Eastern District of Pennsylvania.

2.  RESOLVED, that the firm of the MCDOWELL LAW, PC, is hereby retained to act on behalf of OLYMPIA SPORTS, INC. and represent it in connection with the Chapter 11 proceeding.

                                                                 /s/ Jae Ko

DATED:    February 25, 2022         JAE KO, President

I, JESSICA KO, duly elected, qualified and acting Secretary, do hereby certify that the foregoing constitute resolutions duly adopted by the Board of Directors of OLYMPIA SPORTS, INC., on February 22, 2022 and that such resolutions have not been amended or revoked and are now in full force and effect.

                                                         /s/ Jessica Ko

DATED:    February 25, 2022         JESSICA KO, Secretary