# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Olympia Sports, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Olympia Sports, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 2, 2022**  
Date

/s/ Robert N. Braverman, Esquire  
**Robert N. Braverman, Esquire Robert N. Braverman**  
Signature of Attorney or Litigant  
Counsel for  **Olympia Sports, Inc.**  
McDowell Law, PC  
46 West Main St.  
Maple Shade, NJ 08052  
856-482-5544 Fax:856-482-5511  
rbraverman@mcdowelllegal.com